UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | 1:02-cv-05486-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| vs. | (Doc. 56) |
| J.R. WESTPHAL, et al., | **ORDER GRANTING MOTION FOR SUMMARY ADJUDICATION, AND REFERRING MATTER BACK TO MAGISTRATE TO BE SET FOR TRIAL** |
| Defendants. | |
| | (Docs. 46 and 52) |
| _____ / | |

Plaintiff James Cato, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 9, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30)

1

days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed August 9, 2005, is ADOPTED IN FULL;

2.  Defendant Suniga's motion for summary adjudication on the First Amendment injunctive relief claim against him, filed October 21, 2004, is GRANTED; and,

3.  This action is referred back to the Magistrate Judge be set for trial on plaintiff's remaining Eighth Amendment claim against defendants Westphal, Mounce, and Velasquez.

IT IS SO ORDERED.

**Dated:  September 21, 2005**          /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE

2