# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES CATO, JR.,                                    CASE NO. 1:02-CV-5486-REC-SMS-P

             Plaintiff,                            ORDER STRIKING MOTION FOR FAILURE
                                                   TO CERTIFY SERVICE OF MOTION ON
    v.                                             DEFENDANTS' COUNSEL

J. R. WESTPHAL, et al.,                             (Doc. 59)

             Defendants.

_____/

    Plaintiff James Cato, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 21, 2005, plaintiff filed a motion seeking preliminary injunctive relief.  Although plaintiff attached a proof of service to the motion, the proof does not state that the motion was served on defendants' counsel. Fed. R. Civ. P. 5; Local Rule 5-135.

    Accordingly, pursuant to paragraph four of the court's First Informational Order, filed June 18, 2002, plaintiff's motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    October 26, 2005**          _____**/s/ Sandra M. Snyder**_____
icido3                                   UNITED STATES MAGISTRATE JUDGE

1