1
2
3
4
5
6
7   **UNITED STATES DISTRICT COURT**
8               EASTERN DISTRICT OF CALIFORNIA

9  | JAMES CATO, JR., | CASE NO. 1:02-CV-5486-REC-SMS-P
10 | Plaintiff, | ORDER NOTIFYING PLAINTIFF THAT DISMISSAL WILL BE MADE WITH PREJUDICE, AND ALLOWING PLAINTIFF FIFTEEN DAYS WITHIN WHICH TO WITHDRAW HIS MOTION IF HE WISHES TO DO SO
11 | v. |
12 | J. R. WESTPHAL, et al., |
13 | Defendants. | (Doc. 67)
14
15 _____/

16    Plaintiff James Cato, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma

17 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for jury trial

18 before the Honorable Robert E. Coyle on May 2, 2006. On February 13, 2006, Plaintiff filed a

19 motion for voluntary dismissal. In his motion, Plaintiff states that he is unable to prosecute his case

20 at this time due to being housed in administrative segregation.

21    Plaintiff is hereby notified that if the Court dismisses this action based on his notice of

22 voluntary dismissal, the dismissal will be with prejudice. Fed. R. Civ. P. 41(a)(2). **If Plaintiff**

23 **wishes to withdraw his motion in light of this notice, he has fifteen (15) days within which to**

24 ///
25 ///
26 ///
27 ///
28 ///

**do so.**  If Plaintiff does not file any response to this order within fifteen days, this action will be dismissed, with prejudice.

IT IS SO ORDERED.

**Dated:     February 15, 2006**              /s/ Sandra M. Snyder
icido3                                        UNITED STATES MAGISTRATE JUDGE