# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | CASE NO. 1:02-CV-5486-REC-SMS-P |
| Plaintiff, | ORDER VACATING DATES SET IN SECOND SCHEDULING ORDER AND DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |
| v. | |
| J. R. WESTPHAL, et al., | |
| Defendants. | (Doc. 67) |
| _____/ | |

    Plaintiff James Cato, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for jury trial before the undersigned on May 2, 2006. On February 13, 2006, Plaintiff filed a motion for voluntary dismissal on the ground that he is unable to prosecute his case at this time due to being housed in administrative segregation.  On February 16, 2006, the Magistrate Judge issued an order notifying Plaintiff that if the Court dismisses this action based on his motion for voluntary dismissal, the dismissal will be with prejudice.  Fed. R. Civ. P. 41(a)(2).  Plaintiff was provided fifteen days within which to withdraw his motion.  More than fifteen days have passed and Plaintiff has not withdrawn his motion or otherwise contacted the Court.

    ACCORDINGLY:

    1.  All dates set forth in the Second Scheduling Order are VACATED; and

    2.  This action is DISMISSED with prejudice  pursuant to Rule 41(a)(2) because of

///

1  plaintiff's motion for voluntary dismissal.

2      IT IS SO ORDERED.

3  **Dated:  March 10, 2006**                    /s/ Robert E. Coyle
   668554                                         UNITED STATES DISTRICT JUDGE

2